CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Carol Jean Mchenry** DOB: 1967; United States | DOCKET NO.<br>20-04310MJ<br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about January 29, 2020, in the District of Arizona, **Carol Jean Mchenry**, knowing or in reckless disregard that certain aliens, namely Hermenegildo Giron-Godinez, Emiliano Martinez-Primo, and Christian Antonio Mendoza-Arreola, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about January 29, 2020, in the District of Arizona, **Carol Jean Mchenry**, knowing that certain illegal aliens, Hermenegildo Giron-Godinez, Emiliano Martinez-Primo, and Christian Antonio Mendoza-Arreola, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Hermenegildo Giron-Godinez, Emiliano Martinez-Primo, and Christian Antonio Mendoza-Arreola so that they would not be apprehended by law enforcement by transporting them in the vehicle that **Carol Jean Mchenry** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1) and Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about January 29, 2020, in the District of Arizona (Pearce, AZ), United States Border Patrol Agents (BPA) responded to a sensor activation which is located on a road that circumvents the SR-191 immigration checkpoint. The BPA encountered a 2004 Nissan Xterra which was seen scouting circumvention routes earlier in the day. Record checks revealed that the Nissan was registered to an address in Sierra Vista with multiple crossing through the Port of Entry and the SR-191 checkpoint. While following the Xterra, the BPA saw what appeared to be a person attempting to hide in the rear cargo area of the vehicle. The BPA conducted a vehicle stop and saw two people attempting to hide in the rear cargo area and two on the rear seat, all four were in the U.S. illegally. Three of the four illegal aliens were identified as Hermenegildo Giron-Godinez, Emiliano Martinez-Primo, and Christian Antonio Mendoza-Arreola. The driver was identified as **Carol Jean Mchenry** and an adult male front seat passenger, both U.S. Citizens.

Material witnesses Giron, Martinez, and Mendoza stated that they or a friend arranged to be smuggled into the United States for money. all three said that they crossed the border illegally.

In a post-*Miranda* statement, **Mchenry** said that she knew that the reason for this trip was to help facilitate the smuggling operation on today's event. She agreed to drive and pick up illegal aliens from a trailer in Herford. **Mchenry** said that she did not know how much she was supposed to get paid for the smuggling event.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Hermenegildo Giron-Godinez, Emiliano Martinez-Primo, and Christian Antonio Mendoza-Arreola

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Maria S. Aguilera* | DATE<br>January 30, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54